IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:                                       )

JERRELL DEANDRA RUDOLPH,      )        Case Number: 14-33142

   Debtor.                                   )

NOTICE OF CHANGE OF ADDRESS

Please be advised that effective immediately, Debtor's new mailing address is:

   Name:              **Jerrell Deandra Rudolph**

   Street:            **5783 County Road 9**

   City, State, Zip:  **Tyler, Alabama 36785**


　　　　　　　　　　　　　　　　　　　　　　/s/ Jerrell Deandra Rudolph
　　　　　　　　　　　　　　　　　　　　　Debtor


　　　　　　　　　　　　　　　　　　　　　　/s/ Paul D. Esco
　　　　　　　　　　　　　　　　　　　　　PAUL D. ESCO ASB-3772-O61P
　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor

OF COUNSEL:
PAUL D. ESCO
ATTORNEY AT LAW, LLC
547 South Lawrence Street
Montgomery, Alabama 36104
(334) 832-9100
(334) 832-4527 {fax}
E-mail: paul.esco@aol.com